LEXINGTON LAW GROUP
Mark N. Todzo, State Bar No. 168389
Meredyth Merrow, State Bar No. 328337
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
mtodzo@lexlawgroup.com
mmerrow@lexlawgroup.com

Attorneys for Plaintiff
DAVID AMBROSE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DAVID AMBROSE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE KROGER CO.,<br><br>　　　　　Defendants. | Case No. 4:20-cv-04009-DMR<br><br>**MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE; DECLARATION OF MARK TODZO; [PROPOSED] ORDER**<br><br>**[Civil L.R. 16-2(d)]** |

Pursuant to Civil Local Rule 16-2(d), Plaintiff David Ambrose ("Plaintiff") hereby moves for relief from the Order Setting Initial Case Management Conference and ADR Deadlines issued by this Court on June 17, 2020, (Dkt No. 6). Plaintiff moves to extend all deadlines set by this Order for a period of thirty (30) days. This motion is unopposed.

The current scheduling Order sets a deadline for the parties to meet and confer under Federal Rule Civil Procedure 26(f) by August 26, 2020 and sets an Initial Case Management Conference for September 16, 2020. Plaintiff requests that all deadlines be extended for a period of approximately thirty (30) days to allow Defendant The Kroger Co. ("Defendant") to file a responsive pleading. Pursuant to an extension granted by Plaintiff's counsel, Defendant's responsive pleading is presently due on August 31, 2020. Although counsel for Defendant has not yet appeared, and is therefore unable to stipulate to this motion in accordance with Local Rule 6-2, counsel for Plaintiff has conferred with him pursuant to Local Rule 16-2(d)(2) and the Parties agree that an extension of approximately thirty (30) days will not hinder or harm the proceedings in this matter, as set forth below. In accordance with Local Rule 6-3(a)(5), this is the first time modification in this case.

| Current Date | Proposed Date | Event | Governing Rule |
|---|---|---|---|
| 8/26/2020 | 9/25/2020 | *Last day to: Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | FRCivP 26(f) & ADR L.R.3-5 |
| | 9/25/2020 | File ADR Certification signed by Parties and Counsel | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 9/9/2020 | 10/9/2020 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a) (1) Civil L.R . 16-9 |

| 9/16/2020 | 10/21/2020 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Please check online calendar for courtroom assignment<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |
|---|---|---|---|

Dated:   August 17, 2020                    Respectfully submitted,

                                                  LEXINGTON LAW GROUP

                                             */s/ Mark Todzo*
                                            Mark N. Todzo, (State Bar No. 168389)
                                            Meredyth Merrow, (State Bar No. 328337)
                                            LEXINGTON LAW GROUP
                                            503 Divisadero Street
                                            San Francisco, CA 94117
                                            Telephone: (415) 913-7800
                                            Facsimile: (415) 759-4112
                                            mtodzo@lexlawgroup.com
                                            mmerrow@lexlawgroup.com

                                            Attorneys for Plaintiff
                                            DAVID AMBROSE

## DECLARATION OF MARK TODZO

I, Mark Todzo, declare as follows:

1. I am a partner with the Lexington Law Group ("LLG") and counsel for Plaintiff David Ambrose ("Plaintiff") in this action against Defendant The Kroger Co. ("Defendant"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. This case is a class action pursuant to Federal Rule of Civil Procedure 23 brought against Defendant for current and ongoing violations of the California Commercial Code § 2313, California Consumer Legal Remedies Act ("CLRA"), and California Business and Profession Code § 17200, *et seq*.

3. On June 22, 2020 Plaintiff served Defendant with the Complaint.

4. The current scheduling Order sets a deadline to meet and confer under Federal Rule of Civil Procedure 26(f) by August 26, 2020.

5. On August 12, 2020, Plaintiff extended Defendants' deadline to file a responsive pleading to August 31, 2020.

6. I met and conferred with counsel for Defendant, Michael Sander, on August 12, 2020 by email, in accordance with Local Rule 16-2(d)(2). We agreed that a thirty (30) day extension to the current scheduling Order deadlines would allow Defendant the opportunity to file a responsive pleading.

7. Because Defendant has not yet appeared, it could not stipulate to this motion, pursuant to Local Rule 6-2.

8. The thirty (30) day continuance requested will not hinder or harm any proceedings in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in Hillsborough, California on July 29, 2020.

*/s/ Mark Todzo*
Mark Todzo

# [PROPOSED] ORDER

It is hereby **ORDERED** that the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines be extended as follows:

| Date | Event | Governing Rule |
| --- | --- | --- |
| 9/25/2020 | *Last day to:<br>Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. | FRCivP 26(f) & ADR L.R.3-5 |
|  | File ADR Certification signed by Parties and Counsel | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 10/9/2020 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 10/21/2020 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 1:30 PM in:<br><br>Please check online calendar for courtroom assignment<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

Dated: _____

                          DONNA M. RYU
                          UNITED STATES MAGISTRATE JUDGE