UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMBROSE,<br><br>            Plaintiffs,<br><br>   v.<br><br>THE KROGER CO.,<br><br>            Defendants. | Case No.  20-cv-04009-SBA<br><br>**ORDER OF RECUSAL** |

    I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court.  All pending dates are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED**.

Dated: September 16, 2020

*Saundra B Armstrong*
Saundra Brown Armstrong
U.S. Senior District Judge