UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMBROSE,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Case No. 20-cv-04009-EMC<br><br>**ORDER REQUESTING INFORMATION FROM THE PARTIES**<br><br>Docket No. 43 |

Before the Court will approve the parties' Notice of Motion and Motion for Preliminary Approval of Class Action Settlement Agreement as to the Putative Class, Docket No. 43, the Court requests information from the parties about the scope and nature of the publicity associated with this putative class action. The Court does so because the proposed settlement essentially calls for the dismissal of class claims for monetary relief. As Federal Rule of Civil Procedure 23(e) compels: "A class action shall not be dismissed or compromised without the approval of the court, and notice of the proposed dismissal or compromise shall be given to all members of the class in such manner as the court directs." This requirement "is to protect the interests of absent plaintiffs before permitting dismissal." *Schultzen v. Woodbury Cent. Cmty. Sch. Dist.*, 217 F.R.D. 469, 470 (N.D. Iowa 2003). Although "the class has not been certified . . . '[t]his requirement [to act as the guardian of the rights of class members still] applies.'" *Id.* (citing *Diaz v. Trust Territory of Pacific Islands*, 876 F.2d 1401, 1407 (9th Cir. 1989)); *see also Tombline v. Wells Fargo Bank, N.A.*, No. 13-CV-04567-JD, 2014 WL 5140048, at *2 (N.D. Cal. Oct. 10, 2014) (noting that "this Court will follow Diaz" to evaluate the proposed dismissal as "this approach is consistent with Rule 23(e) as it exists today"). Thus, in order to ensure that the interests of the

absent plaintiffs are appropriately safeguarded, and to safeguard against any misplaced reliance on this suit for monetary relief and running of the statute of limitations on such claims without putative class members' knowledge, the parties shall file by **August 23, 2021**, a description of the scope of publicity (if any) and any responsive inquiries from putative class members to date.

**IT IS SO ORDERED**.

Dated: August 19, 2021

_____
EDWARD M. CHEN
United States District Judge