UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID AMBROSE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>THE KROGER CO.,<br><br>　　　Defendant. | Case No. 20-cv-04009-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**<br><br>Docket No. 43 |

　　　The Court orders that the parties file a supplemental brief and/or evidence addressing the issues identified below. The Court strongly prefers a joint filing. The filing shall be made by **5:00 p.m., September 1, 2021**.

　　　The parties shall provide the following information:

- What is the total number and dollar amount of Kroger's Simple Truth Brand disposable plates, bowls, and platters that were marketed and sold as compostable in the California market between June 16, 2016, and the Effective Date. *See* Decl. ¶ 5 ("the sales data disclosed that sales of the Challenged Products in California were significantly lower than Plaintiff had anticipated").

- What was Plaintiffs' test data? *See* Mot. at 6:15 ("Plaintiff provided Settling Defendant with his test data demonstrating the strength of his claims.").

- Are there litigation risks other than those identified in the motion (uncertainty, delays, and costs)? *See* Mot. at 5:1-4.

- Plaintiffs shall provide detailed lodestar information including hourly rates for relevant attorneys and time spent on each major litigation task (*e.g.*, drafting the

complaint, investigating, attending mediation).

- Regarding the proposed incentive award of $5,000 for the named Plaintiff, describe the number of hours that were spent by the named Plaintiff in assisting with this case and any other evidence supporting the award.

**IT IS SO ORDERED**.

Dated: August 31, 2021

_____
EDWARD M. CHEN
United States District Judge